142 So. 918

## C. R. SHARP v. NEW YORK UNDERWRITERS' INSURANCE CO.

### 8 Div. 386.

Supreme Court of Alabama.
May 26, 1932.

Rehearing Denied June 18, 1932.

Jas. C. Roberts, of Florence, for appellant.

Coleman, Coleman, Spain & Stewart, of Birmingham, for appellee.

THOMAS, J.

Reversed and remanded.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

143 So. 925

## STANDARD BRANDS, Inc., et al. v. Agnes REMSEN.

### 7 Div. 152.

Supreme Court of Alabama.
Oct. 4, 1932.

Knox, Dixon, Sims & Dixon, of Talladega, and London, Yancey & Brower, of Birmingham, for appellant.

Harrison & Stringer, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

144 So. 917

## STATE ex rel. Jas. PADGETT et al. v. I. I. MOSES et al.

### 4 Div. 625.

Supreme Court of Alabama.
Nov. 8, 1932.

PER CURIAM.

Appeal dismissed by agreement.

142 So. 918

## Henderson TERRY v. STATE.

### 8 Div. 409.

Supreme Court of Alabama.
May 19, 1932.

PER CURIAM.

Appeal dismissed by appellant.

141 So. 910

## Von L. THOMPSON v. BOARD OF COMMISSIONERS OF THE STATE BAR.

### 6 Div. 153.

Supreme Court of Alabama.
April 14, 1932.

Cora R. Thompson, of Birmingham, for petitioner.

ANDERSON, C. J.

This petition was first presented to Judge C. B. Smith, circuit judge, Tenth circuit, who denied the rule nisi; therefore the petitioner has the right to appeal therefrom. Section 6085 of the Code of 1923; Mayfield et al. v. Court of County Com'rs Tuscaloosa County, 148 Ala. 548, 41 So. 932; State of Alabama, ex rel. Crow v. Crook, Judge, etc., 123 Ala. 657, 27 So. 334; Ex parte Campbell, 130 Ala. 171, 30 So. 385.

Rule nisi denied.

GARDNER, BOULDIN, BROWN, FOSTER, and KNIGHT, JJ., concur.

144 So. 917

## Rebecca THOMPSON v. STATE.

### 6 Div. 198.

Supreme Court of Alabama.
Dec. 1, 1932.

PER CURIAM.

Appeal dismissed on motion of appellant.